ALBERT FRENCH, Respondent, *v.* MARGARET F. FENN, Appellant.

(Submitted March 18, 1935; decided March 20, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 462.)